**DISMISS and Opinion Filed December 4, 2023**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-23-00402-CV

## IN THE INTEREST OF I.S., D.S., AND C.S., CHILDREN

### On Appeal from the 301st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-15-02087

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Smith
Opinion by Justice Smith

Appellant's brief in this case is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and for appellant's brief to be filed by October 21, 2023. By postcard dated October 25, 2023, we informed appellant his brief was overdue and directed him to file his brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed his brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).



/Craig Smith/
CRAIG SMITH
JUSTICE

230402F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF I.S., D.S., AND C.S., CHILDREN

No. 05-23-00402-CV

On Appeal from the 301st Judicial District Court, Dallas County, Texas Trial Court Cause No. DF-15-02087. Opinion delivered by Justice Smith. Justices Molberg and Reichek participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered December 4, 2023